UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JEFFREY S. CASHAW**, <br><br> Plaintiff, <br><br> v. <br><br> **NEW JERSEY DIVISION OF CHILD PLACEMENT AND PERMANENCY,** *et al.*, <br><br> Defendants. | Civil Action No. 24-10864 (ZNQ) (JTQ) <br><br> **ORDER** |

**QURAISHI, District Judge**

**THIS MATTER** comes before the Court upon (1) an application to proceed i*n forma pauperis* ("IFP") (ECF No. 1-2) and (2) a Motion to Appoint *pro bono* counsel (ECF No. 5) filed by *pro se* Plaintiff Jeffrey S. Cashaw ("Plaintiff"). As a result of the IFP Application, the Court conducted a *sue sponte* screening of the Complaint and proposed Amended Complaint. For the reasons set forth in the accompanying Opinion,

**IT IS** on this **17th** day of **March 2025**,

**ORDERED** that Plaintiff's IFP Application is hereby **GRANTED**; it is further

**ORDERED** that Plaintiff's Motion to Appoint *pro bono* counsel (ECF No. 5) is hereby **DENIED**; it is further

**ORDERED** that the operative pleading is the Amended Complaint; it is further

**ORDERED** that the claims in the Amended Complaint against the Honorable Stacey D. Adams are hereby **DISMISSED WITH PREJUDICE**; it is further

**ORDERED** that the claims in the Amended Complaint against the New Jersey Division of Child Placement and Permanency are hereby **DISMISSED WITH PREJUDICE**; it is further

**ORDERED** that the remaining claims in the Amended Complaint against Tarra Tournour from the Monmouth County Batterers Intervention Program, and the Monmouth County Legal Aid Society are hereby **DISMISSED WITHOUT PREJUDICE**; it is further

**ORDERED** that Plaintiff has thirty **(30) days** from the date of this Order to file a Second Amended Complaint limited to the claims dismissed without prejudice; if Plaintiff does not file a Second Amended Complaint by that deadline this matter will be dismissed with prejudice; and it is further

**ORDERED** that the Clerk is instructed **ADMINISTRATIVELY TERMINATE** this matter pending the submission of a Second Amended Complaint.

s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**